1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  JOSEPH MASHIAH

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No. 1:06-cr-00087 OWW
                                    )
12              Plaintiff,          )  STIPULATION TO CONTINUE STATUS
                                    )  CONFERENCE AND ORDER THEREON
13      v.                          )
                                    )  DATE:  July 18, 2006
14 JOSEPH MASHIAH,                  )  TIME :  9:00 a.m.
                                    )  DEPT :  Hon. Oliver W. Wanger
15              Defendant.          )
                                    )
16 _____ )

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19 KERSTEN, Assistant Federal Defender, counsel for Defendant Joseph Mashiah, that the date for status

20 conference in this matter may be continued to July 18, 2006.  **The date currently set for status**

21 **conference is July 5, 2006.  The requested new date is July 18, 2006 at 9:00 a.m..**

22        This continuance is requested to allow time for additional defense investigation, and also to allow

23 for the completion of a pre-plea presentence investigation report to permit plea and sentencing to occur at

24 the upcoming status conference in the event that a negotiated resolution is achieved.

25        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

26 justice, including but not limited to, the need for the period of time set forth herein for effective defense

27 ///

28 ///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

2

3       DATED: June 29, 2006              MCGREGOR W. SCOTT
                                          United States Attorney
4

5                                          /s/ Marianne A. Pansa
                                          MARIANNE A. PANSA
6                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff
7

8

9       DATED:  June 29, 2006             DANIEL J. BRODERICK
                                          Federal Defender
10

11                                        /s/ Eric V. Kersten
                                          ERIC V. KERSTEN
12                                        Assistant Federal Defender
                                          Attorney for Defendant
13

14

15                              **O R D E R**

16       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

17  § 3161(h)(B)(iv).

18  IT IS SO ORDERED.

19  **Dated:    July 3, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference          2