DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH MASHIAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH MASHIAH, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 1:06-cr-00087 OWW <br><br> STIPULATION TO CONTINUE STATUS <br> CONFERENCE AND  ORDER THEREON <br><br> DATE: August 8, 2006 <br> TIME : 9:00 a.m. <br> DEPT : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Joseph Mashiah, that the date for status conference in this matter may be continued to August 18, 2006.  **The date currently set for status conference is July 18, 2006.  The requested new date is August 8, 2006 at 9:00 a.m.**

This continuance is requested to allow time for additional defense investigation, and also to allow for the completion of a pre-plea presentence investigation report to permit plea and sentencing to occur at the upcoming status conference in the event that a negotiated resolution is achieved.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: July 13, 2006                MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Virna L. Santos for
                                    MARIANNE A. PANSA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED:  July 13, 2006               DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant


## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 15, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference                 2