1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ROBERT W. RAINWATER, Bar #67212
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JOSEPH MASHIAH

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:06-cr-00087 OWW
                                     )
12          Plaintiff,                )  STIPULATION TO CONTINUE STATUS
                                     )  CONFERENCE AND ORDER THEREON
13       v.                           )
                                     )  DATE: September 19, 2006
14  JOSEPH MASHIAH,                  )  TIME : 9:00 a.m.
                                     )  DEPT : Hon. Oliver W. Wanger
15          Defendant.                )
                                     )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

18  counsel of record herein, that the Status Conference in the above captioned matter, scheduled for August

19  29, 2006, may be continued to **September 19, 2006 at 9:00 a.m.**

20         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

2

3  DATED: August 25, 2006                MCGREGOR W. SCOTT
                                         United States Attorney
4

5                                         /s/ Marianne A. Pansa
                                         MARIANNE A. PANSA
6                                        Assistant U.S. Attorney
                                         Attorney for Plaintiff
7

8

9  DATED:  August 25, 2006               DANIEL J. BRODERICK
                                         Federal Defender
10

11                                       /s/ Robert W. Rainwater
                                         ROBERT W. RAINWATER
12                                       Assistant Federal Defender
                                         Attorney for Defendant
13

14  IT IS SO ORDERED.

15  **Dated:   August 30, 2006**                **/s/ Oliver W. Wanger**
    emm0d6                                   UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28